UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>JASVIR KAUR d/b/a PARK-N-SAVE LIQUOR, et al.<br><br>Defendants. | 2:22-cv-0181-KJM-KJN PS<br><br>ORDER TO SHOW CAUSE |

In January 2022, plaintiff filed this suit asserting violations of the Americans with Disabilities Act ("ADA") and related laws against defendants' Jasvir Kaur, Dhiru Patel, and Kokila Patel, who are alleged to own and operate a liquor store. (ECF No. 13; see ECF No. 1 ¶ 7; ECF No. 13.1 at 2.) On March 28, 2022, the clerk of court entered default against defendants. (ECF No. 9.)

On June 6, 2022, plaintiff filed a motion for default judgment against the three remaining defendants. (ECF No. 13.) Defendants failed to file any timely opposition to the motion.

////
////
////
////

1

On June 26, 2022, out of an abundance of caution, the court issued a minute order vacating the hearing on the motion and granting defendants a further opportunity to respond. (ECF No. 14.) On July 17, 2022, defendants filed a motion for extension of time.[1] (ECF No. 15.)

On October 3, 2022, the court set aside defendants' default judgment and referred the parties to the Voluntary Dispute Resolution Program (VDRP). (ECF No. 21.) The court ordered that the parties contact the VDRP administrator to begin the process of selecting an appropriate neutral within 21 days. (Id.)

Over 21 days have passed since the court's VDRP referral. Despite the court administrator's multiple attempts to contact defendants, defendants have not contacted the court to begin the VDRP process.

Accordingly, defendants are ordered to show cause within fourteen days why the court should not impose monetary sanctions and invite plaintiff to seek reentry of default judgment against defendants as a sanction. L.R. 110.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. **Within 14 days** of the date of this order, defendants shall show cause in writing why the court should not impose monetary sanctions and invite plaintiff to seek reentry of default judgement against defendants as a sanction.

Dated: November 14, 2022

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hern.0181

---

[1] While only defendant Jasvir Kaur filed the motion for extension of time, defendants' Kokila Patel and Dhiru Patel later responded to an order to show cause that they would be representing themselves. (ECF No. 19.)