UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | 2:22-cv-0181-KJM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| JASVIR KAUR d/b/a PARK-N-SAVE LIQUOR, et al. | |
| Defendants. | |

On October 3, 2022, this action was referred to the court's Voluntary Dispute Resolution Program (VDRP). (ECF No. 21.) The court ordered the parties to contact the court's VDRP administrator to begin the process of selecting an appropriate neutral within 21 days. (Id.) The court administrator made multiple attempts to contact defendants, but defendants did not contact the court to begin the VDRP process.

On November 14, 2022, the court ordered defendants to show cause within fourteen days why the court should not re-enter default judgement against defendants as a sanction. L.R. 271. (See ECF No. 23.)

On November 28, 2022, defendants responded to the court's order. (ECF No. 24.) However, defendants' response fails to indicate whether defendants have contacted, or plan to contact, the courts administrator to begin the VDRP process.

1

The court is giving defendants a final opportunity to contact the court administrator to begin the VDRP process. Defendants must contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov within 21 days of this order.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that within 21 days defendants must contact Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov to participate in the Voluntary Dispute Resolution Program ("VDRP") or the court will impose sanctions.

Dated:  December 5, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

RS,hern.0181